# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WAYNE STOKES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-00734-LSC-JHE |
| ) | |
| WARDEN CARTER DAVENPORT, et al., ) | |
| ) | |
| Respondents. ) | |

## FINAL ORDER

In accordance with the Memorandum Opinion contemporaneously filed herewith, it is hereby ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE. Costs are taxed as paid.

**DONE** AND **ORDERED** ON MAY 25, 2017.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704